**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW     WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6414
Email: accalvert@mdwcg.com

PENNSYLVANIA — Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
OHIO — Cincinnati, Cleveland
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW JERSEY — Mount Laurel, Roseland
NEW YORK — Long Island, New York City, Westchester
DELAWARE — Wilmington

February 3, 2020

Via ECF
Judge William H. Pauley III
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

**MEMO ENDORSED**

Re: **Judith Chusid v. Regal Cinemas, Inc.**
    Case No.: 1:19-cv-04423-WHP
    Our File No.: 12180.04893

Dear Judge Pauley:

Our office represents the defendant, Regal Cinemas, Inc. in the above-captioned matter.

On behalf of all parties we write to request an adjournment of the trial, currently scheduled for March 16, 2020 until March 23, 2020 because of a conflict in the schedules of the handling attorneys.

Respectfully submitted,

/s/ Adam Calvert
Adam C. Calvert

cc: Elise Langsam, Esq.
    Langsam Law LLP
    217 Broadway – Suite 606
    New York, New York 10007

**Application granted. The parties shall appear for a trial on March 23, 2020 subject to a jury trial in a criminal case captioned <u>United States v. Perkins, 19cr705.</u>**

Dated: February 4, 2020
        New York, New York

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.