UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

JUDITH CHUSID,

              Plaintiff,

              -against-

REGAL CINEMAS, INC.,

              Defendant.

----------------------------------------

19cv4423

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to use the following dial-in information for the final pre-trial conference scheduled for April 22, 2020 at 10:30 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: April 20, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.